# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. CV 19-5260-DMG (KS) | Date: July 5, 2019 |
| Title *Brandon Che Lee v. Prison Warden et al* | |

Present: The Honorable: Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On June 17, 2019, Plaintiff, a federal prisoner proceeding *pro se*, filed a "criminal complaint." (Dkt. No. 1.) The complaint states that Plaintiff is suing the Warden at the Federal Correctional Institute – Terminal Island ("FCI-TI") and various prison staff members "involved in this complaint." The complaint consists of allegations that he is being held illegally because his criminal conviction was fraudulent, that inmates made loud noises that kept him awake, that staff poisoned Plaintiff's food which caused him to flatulate, that staff and inmates turned a fan towards his cell because of his flatulence, that the fan made him cold and sick and caused him to cough up "dirty pus," that his knee hurts so he wants to be moved to a lower bunk in a different unit but staff will not accommodate him, and that inmates "fumbled [their] penis[es]" in front of him, all of which he calls torture. (*See generally id.*) However, Plaintiff does not identify the relief he seeks from the Court or the laws or constitutional provisions he believes have been violated.

As such, the complaint violates Rule 8 of the Federal Rules of Civil Procedure and is subject to dismissal for failure to state a claim upon which relief can be granted. *See* FED. R. CIV. P. 8; *United States ex rel. Cafasso v. Gen. Dynamics C4 Sys., Inc.*, 637 F.3d 1047, 1059 (9th Cir. 2011) (complaint violates Rule 8 if a defendant would have difficulty understanding and responding to it); *see also* 28 U.S.C. § 1915A(b) (Congress requires district courts to dismiss civil rights complaints brought by prisoners if the court determines that the complaint, or any portion thereof, fails to state a claim upon which relief can be granted).

Also on June 17, 2019, the Court notified Plaintiff that he had failed to pay the filing fee and had not filed a request to proceed *in forma pauperis*. (Dkt. No. 2.) More than two weeks have now passed and Plaintiff has not responded to the Court's notification. Accordingly, because

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 19-5260-DMG (KS)                                        Date: July 5, 2019

Title      *Brandon Che Lee v. Prison Warden et al*

Plaintiff has neither paid the filing fee nor obtained authorization to proceed without prepayment of the fee, **IT IS HEREBY ORDERED that Plaintiff shall show cause, no later than July 26, 2019, why the action should not be dismissed.**

      To that end, the Clerk is directed to send Plaintiff a copy of the Central District's civil rights complaint form (CV-66) and a copy of the Central District's form Request to Proceed Without Prepayment of Filing Fees with Declaration in Support (CV-60P).  **To discharge this Order and proceed with his case, Plaintiff must either: (1) pay the $400 filing fee in full; or (2) file the completed forms, and the necessary documentation, with the Court on or before the July 26, 2019 deadline.**

      **Plaintiff's failure to timely comply with this Order will result in a recommendation of dismissal of his case.**[1]

      **IT IS SO ORDERED**.

                                                                                                              :

                                                           **Initials of Preparer**   gr

---

[1] This is Plaintiff's third lawsuit involving the same set of allegations that he has filed in this Court in the past year.  *See Brandon Che Lee v. Unknown*, No. 2:18-cv-09828-DMG-KS (Mar. 5, 2019); *Brandon Che Lee v. Warden et al*, No. 2:19-cv-02811-DMG-KS (Jun. 17, 2019).  In both of these prior cases, Plaintiff did not pay the filing fee or request to proceed *in forma pauperis*, and both cases have been dismissed.